| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Ford, Mark E. | 2. Court or Organization WDAR | 3. Date of Report 04/26/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) magistrate judge full-time | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

Isaac C. Parker Federal Building
30 South 6th Street, Room 234
Fort Smith, AR 72901-2422

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 08/31/2014 | Withdrawal Agreement between Ford and Robertson, Beasley & Ford, PLLC. Ford to receive 60% of fees received for work done by Ford as a member of RBF. |
| 2. | 12/30/2014 | Agreement between Ford and former members of RBF. Ford to receive 60% of fees received for work done by Ford as a member of RBF and its successor, RBSR. |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Robertson, Beasley, Shipley & Robinson, PLLC - payments for fees earned before 12/31/14 | $186.00 |
| 2. | 2018 | Alisa Morris - payments for fees earned before 12/31/14 | $175.00 |
| 3. | 2018 | Shannon Shelton - payments for fees earned before 12/31/14 | $40.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 08/23/2018 | Mutual of Omaha Life Insurance Company; Spouse's distribution from annuity owned by spouse's mother who died on 07/25/2018. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ford, Mark E. | 04/26/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ford, Mark E. | 04/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Arvest Bank - Accounts | A | Interest | M | T | | | | | |
| 2. | Arvest Asset Management: JT TEN Fundsource Brokerage Account (H) | | | | | | | | | |
| 3. | - Edgewood Growth Fund Instl Class | A | Distribution | J | T | | | | | |
| 4. | - American Funds Washington Mutual Fd F2 | A | Dividend | J | T | | | | | |
| 5. | | A | Distribution | | | | | | | |
| 6. | - Baron Invt Funds Trust Small Cap Fund Instl. Shares Class I | A | Distribution | J | T | | | | | |
| 7. | - DWS Enhanced Commodity Strategy Fund Inst (name change only) | A | Dividend | J | T | | | | | |
| 8. | - Eaton Vance Ser II Income Fund Boston Cl I | A | Dividend | J | T | | | | | |
| 9. | - Goldman Sachs TR FINL Square TREAS INSTRS FD INSTL CL | A | Dividend | J | T | | | | | |
| 10. | - Harbor FD INTL FD INSTL CL | A | Dividend | | | Sold | 08/15/18 | J | A | |
| 11. | - Harbor FD CAP APPRECIATION FD INSTL CL | A | Dividend | J | T | | | | | |
| 12. | | A | Distribution | | | | | | | |
| 13. | - Janus Henderson Funds Flexible BD FD Class I | A | Dividend | J | T | | | | | |
| 14. | - Lazard FDS INC Emerging MKTS PORT INSTL SHS | A | Dividend | J | T | | | | | |
| 15. | - MFS SER TR I Value FD CL I | A | Dividend | J | T | | | | | |
| 16. | | A | Distribution | | | | | | | |
| 17. | - MFS SER TR X Emerging Mkts Debt FD Class I | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ford, Mark E. | 04/26/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - American Funds EuroPacific Growth Fund Class F-2 | A | Dividend | J | T | | | | | |
| 19. | A | Distribution | | | | | | | |
| 20. - Oppenheimer INTL GRWTH FD CL Y SHS | A | Dividend | J | T | | | | | |
| 21. - Principal Global Real Estate Secs Fund Instl CL (name change only) | A | Dividend | J | T | | | | | |
| 22. | A | Distribution | | | | | | | |
| 23. - Virtis Vontobel Emerging Mkts Opprtnties FD CL I | A | Dividend | J | T | | | | | |
| 24. | A | Distribution | | | | | | | |
| 25. - Virtus Asset TR Ceredex Mid Cap Value Equity Fund CL I | A | Dividend | J | T | | | | | |
| 26. | A | Distribution | | | | | | | |
| 27. - T Rowe Price Mid-Cap Growth FD INC | A | Dividend | J | T | | | | | |
| 28. | A | Distribution | | | | | | | |
| 29. - T Rowe Price Real Est Fund INC | A | Dividend | J | T | | | | | |
| 30. | A | Distribution | | | | | | | |
| 31. - T Rowe Price Intl FD Overseas STK FD | A | Dividend | J | T | Buy | 08/15/18 | J | | |
| 32. | A | Distribution | | | | | | | |
| 33. - Victory Sycamore Small Co Oppty FD CL I | A | Dividend | J | T | | | | | |
| 34. | A | Distribution | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ford, Mark E. | 04/26/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Arvest Asset Management: SEP IRA Brokerage Account (H) | | | | | | | | | |
| 36. - Wells Fargo 100% Treasury Money Market | A | Dividend | J | T | | | | | |
| 37. - Edgewood Growth Fund Instl Class | A | Dividend | J | T | | | | | |
| 38. | A | Distribution | | | | | | | |
| 39. - American Funds Washington Mutual Fd F2 | A | Dividend | J | T | | | | | |
| 40. | A | Distribution | | | | | | | |
| 41. - Baron Invt Funds Trust Small Cap Fund Instl. Shares Class I | A | Distribution | J | T | | | | | |
| 42. - DWS Enhanced Commodity Strategy Fund Instl (name change only) | A | Dividend | J | T | | | | | |
| 43. - Eaton Vance Ser II Income Fund Boston Cl I | A | Dividend | J | T | | | | | |
| 44. - Goldman Sachs TR FINL Square TREAS INSTRS FD INSTL CL | A | Dividend | J | T | | | | | |
| 45. - Harbor FD INTL FD INSTL CL | A | Dividend | | | Sold | 08/15/18 | J | | |
| 46. - Harbor FD CAP APPRECIATION FD INSTL CL | A | Dividend | J | T | | | | | |
| 47. | A | Distribution | | | | | | | |
| 48. - Janus Henderson Funds Flexible BD FD Class I | A | Dividend | J | T | | | | | |
| 49. - Lazard FDS INC Emerging MKTS PORT INSTL SHS | A | Dividend | J | T | | | | | |
| 50. - MFS SER TR I Value FD CL I | A | Dividend | J | T | | | | | |
| 51. | A | Distribution | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ford, Mark E. | 04/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - MFS SER TR X Emerging Mkts Debt FD Class I | A | Dividend | J | T | | | | | |
| 53. - American Funds EuroPacific Growth Fund Class F-2 | A | Dividend | J | T | | | | | |
| 54. | A | Distribution | | | | | | | |
| 55. - Oppenheimer INTL GRWTH FD CL Y SHS | A | Dividend | J | T | | | | | |
| 56. - Principal Global Real Estate Secs Fund Instl CL (name change only) | A | Dividend | J | T | | | | | |
| 57. | A | Distribution | | | | | | | |
| 58. - Virtis Vontobel Emerging Mkts Opprtnties FD CL I | A | Dividend | J | T | | | | | |
| 59. | A | Distribution | | | | | | | |
| 60. - Virtus Asset TR Ceredex Mid Cap Value Equity Fund CL I | A | Dividend | J | T | | | | | |
| 61. | A | Distribution | | | | | | | |
| 62. - T Rowe Price Real Est Fund INC | A | Dividend | J | T | | | | | |
| 63. | A | Distribution | | | | | | | |
| 64. - T Rowe Price Mid-Cap Growth FD INC | A | Dividend | J | T | | | | | |
| 65. | A | Distribution | | | | | | | |
| 66. - T Rowe Price Intl FD Overseas STK FD | A | Dividend | J | T | Buy | 08/15/18 | J | | |
| 67. | A | Distribution | | | | | | | |
| 68. - Victory Sycamore Small Co Oppty FD CL I | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | A | Distribution | | | | | | | |
| 70. Arvest Asset Management: IRA Brokerage Account (H) | | | | | | | | | |
| 71. - Edgewood Growth Fund Instl Class | A | Dividend | J | T | | | | | |
| 72. | A | Distribution | | | | | | | |
| 73. - American Funds Washington Mutual Fd F2 | A | Dividend | J | T | | | | | |
| 74. | A | Distribution | | | | | | | |
| 75. - Baron Invt Funds Trust Small Cap Fund Instl. Shares Class I | A | Distribution | J | T | | | | | |
| 76. - DWS Enhanced Commodity Strategy Fund Instl (name change only) | A | Dividend | J | T | | | | | |
| 77. - Eaton Vance Ser II Income Fund Boston Cl I | A | Dividend | J | T | | | | | |
| 78. - Goldman Sachs TR FINL Square TREAS INSTRS FD INSTL CL | A | Dividend | J | T | | | | | |
| 79. - Harbor FD INTL FD INSTL CL | A | Dividend | | | Sold | 08/15/18 | J | A | |
| 80. - Harbor FD CAP APPRECIATION FD INSTL CL | A | Dividend | J | T | | | | | |
| 81. | A | Distribution | | | | | | | |
| 82. - Janus Henderson Funds Flexible BD FD Class I | A | Dividend | J | T | | | | | |
| 83. - Lazard FDS INC Emerging MKTS PORT INSTL SHS | A | Dividend | J | T | | | | | |
| 84. - MFS SER TR I Value FD CL I | A | Dividend | J | T | | | | | |
| 85. | A | Distribution | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ford, Mark E. | 04/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - MFS SER TR X Emerging Mkts Debt FD Class I | A | Dividend | J | T | | | | | |
| 87. - American Funds EuroPacific Growth Fund Class F-2 | A | Dividend | J | T | | | | | |
| 88. | A | Distribution | | | | | | | |
| 89. - Oppenheimer INTL GRWTH FD CL Y SHS | A | Dividend | J | T | | | | | |
| 90. - Principal Global Real Estate Secs Fund Instl CL (name change only) | A | Dividend | J | T | | | | | |
| 91. | A | Distribution | | | | | | | |
| 92. - Virtis Vontobel Emerging Mkts Opprtnties FD CL I | A | Dividend | J | T | | | | | |
| 93. | A | Distribution | | | | | | | |
| 94. - Virtus Asset TR Ceredex Mid Cap Value Equity Fund CL I | A | Dividend | J | T | | | | | |
| 95. | A | Distribution | | | | | | | |
| 96. - T Rowe Price Real Est Fund INC | A | Dividend | J | T | | | | | |
| 97. | A | Distribution | | | | | | | |
| 98. - T Rowe Price Mid-Cap Growth FD INC | A | Dividend | J | T | | | | | |
| 99. | A | Distribution | | | | | | | |
| 100. - T Rowe Price Intl FD Overseas STK FD | A | Dividend | J | T | Buy | 08/15/18 | J | | |
| 101. | A | Distribution | | | | | | | |
| 102. - Victory Sycamore Small Co Oppty FD CL I | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | A | Distribution | | | | | | | |
| 104. Arvest Asset Management: Spousal IRA Brokerage Account (H) | | | | | | | | | |
| 105. - WF Treasury Money Market | A | Dividend | K | T | Buy (add'l) | 04/05/18 | J | | |
| 106. American Funds Brokerage Account (H) | | | | | | | | | |
| 107. - The New Economy Fund - A Fund # 14 | A | Dividend | J | T | | | | | |
| 108. - Washington Mutual Investors Fund - A Fund # 1 | A | Dividend | J | T | | | | | |
| 109. Northwestern Mutual Life: Extraordinary Life Policy | B | Dividend | K | T | | | | | |
| 110. Northwestern Mutual Life: Whole Life Policy (X) | A | Dividend | J | T | | | | | |
| 111. Northwestern Mutual Life: 90 Life | A | Dividend | J | T | | | | | |
| 112. Northwestern Mutual Life: 90 Life | A | Dividend | J | T | | | | | |
| 113. Northwestern Mutual Life: 90 Life | A | Dividend | J | T | | | | | |
| 114. Northwestern Mutual Life: 65 Life | A | Dividend | J | T | | | | | |
| 115. Northwestern Mutual Life: Paid Up Life | A | Dividend | J | T | | | | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ford, Mark E. | 04/26/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. | | | | | | | | | |
| 122. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ford, Mark E. | 04/26/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The non-investment income listed in Part III-A, line 1, reflects payments received for fees earned prior to 12/31/14 from "Robertson, Beasley, Shipley & Robinson, PLLC." Similar payments were previously listed in Part III-A, line 1, of my 2017 report, but the firm name was shown as "Robertson, Beasley, Shipley & Redd, PLLC." The firm underwent a name change, so the current firm name is shown in Part III-A, line 1.

The assets listed in Part VII, lines 7, 42, and 76, "DWS Enhanced Commodity Strategy Fund Inst," were previously listed in Part VII of my 2017 report, lines 8, 36, and 62, as "Deutsche Secs Tr Enhanced Commodity Strat Fd Instl Class." The assets underwent a name change, but are otherwise the same.

The assets listed in Part VII, lines 21, 56, and 90, "Principal Global Real Estate Secs Fund Instl Class," were previously listed in Part VII of my 2017 report, lines 20, 48, and 74, as "Principal Funds Inc Global Real Estate Secs Fund Instl CL." The assets underwent a name change, but are otherwise the same.

The assets listed in Part VII, lines 10, 45, and 79, "Harbor FD INTL FD INSTL CL," were sold on 08/15/18 as reported in Section D. These sales resulted in small gains as reported in lines 10 and 79, Section D(4); but, the sale as reported in line 45 resulted in a small loss, so no gain entry is made in Section D(4).

The new asset listed in Part VII, line 110, "Northwestern Mutual Life: Whole Life Policy," was acquired on 04/24/18 by conversion of a portion of a term life policy.

The asset listed in Part VII, line 115, "Northwestern Mutual Life: Paid Up Life," was previously listed in Part VII of my 2017 report, line 92, as "Northwestern Mutual Life: 65 Life." The asset was designated as "Paid Up Life" during 2018, but it is otherwise the same.

| Name of Person Reporting | Date of Report |
|---|---|
| Ford, Mark E. | 04/26/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark E. Ford**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544